# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANET LANDRUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| vs. ) | |
| ) | |
| SCOTT LOWERY LAW OFFICE, ) | |
| P.C. and MIDLAND FUNDING, LLC, ) | **NOTICE OF DISMISSAL** |
| ) | |
| Defendants. ) | |

Now comes the Plaintiff, JANET LANDRUM, by and through her attorneys, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice and with each party to bear its respective costs and attorneys' fees, pursuant to a settlement agreement reached between the parties.

Respectfully submitted,

/s/ James M. Ervin
James M. Ervin
Attorney for Plaintiff
Luxenburg & Levin, LLC
600 Columbia Avenue
Lexington, SC  29072
(888) 493-0770, ext. 308 (phone)
(866) 551-7791 (facsimile)
James@LuxenburgLevin.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2011, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ James M. Ervin
James M. Ervin
Attorney for Plaintiff
Luxenburg & Levin, LLC
600 Columbia Avenue
Lexington, SC  29072
(888) 493-0770, ext. 308 (phone)
(866) 551-7791 (facsimile)
James@LuxenburgLevin.com